**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-6111**

FREDERICK L. HOWELL,

       Plaintiff - Appellant,

    v.

ALAN WILSON, Attorney General for the State of South Carolina,

       Defendant - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Florence. Joseph F. Anderson, Jr., Senior District Judge. (4:15-cv-02561-JFA)

Submitted: June 23, 2016        Decided: June 28, 2016

Before MOTZ, KING, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Frederick L. Howell, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Frederick L. Howell appeals the district court's order adopting the magistrate judge's report and recommendation and dismissing his 42 U.S.C. § 1983 (2012) complaint under 28 U.S.C. §§ 1915(e)(2)(B), 1915A (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Howell v. Wilson, No. 4:15-cv-02561-JFA (D.S.C. Nov. 17, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2